**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

ALEX ANDERSON,

Plaintiff,

Case No. 2:26-cv-12248-MAG-EAS
Hon. Mark A. Goldsmith

vs.

SPEEDWAY LLC,

Defendant.

---

David R. Stechow (P56052)
MORGAN & MORGAN
Attorneys for Plaintiff
150 W. Jefferson Ave., Suite 1400
Detroit, MI 48226
(313) 739-1962 / Fax (313) 739-1975
David.stechow@forthepeople.com

Amy M. Johnston (P51272)
Samantha S. Galecki Sager (P74496)
Gabrielle M. A. Bayne (P88706)
MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
Attorneys for Defendant
150 W. Jefferson, Ste. 2500
Detroit, MI 48226
(313) 496-8479
johnston@millercanfield.com
galecki@millercanfield.com
bayne@millercanfield.com

---

**NOTICE OF SUBSTITUTION OF ATTORNEYS**

**TO: CLERK OF THE COURT**
**ALL PARTIES OF RECORD**

PLEASE TAKE NOTICE that attorney Brett Windecker (P79300) of Morgan & Morgan hereby enters his appearance as counsel of record for Plaintiff, ALEX ANDERSON, and is substituted in place of David R. Stechow (P56052). This

substitution will not delay any proceedings or affect any scheduled dates. Plaintiff has been notified of and consents to this substitution.

Substituting counsel requests that copies of all papers filed in this case after this date be served upon him.

Respectfully submitted,

/s/ ***Brett Windecker***

Brett Windecker (P79300)
MORGAN & MORGAN
Attorneys for Plaintiff
150 W. Jefferson, Suite 1400
Detroit, MI 48226
P: (313) 536-7969
F: (947) 500-3987

Dated: August 19, 2026

## CONSENT TO SUBSTITUTION

**TO: CLERK OF THE COURT**
**ALL PARTIES OF RECORD**

I, David R. Stechow (P56052), consent to being replaced by Brett Windecker (P79300) as counsel of record for Plaintiff, ALEX ANDERSON, in the above-captioned matter.

Respectfully submitted,

/s/ ***David R. Stechow***

David R. Stechow (P56052)
MORGAN & MORGAN

150 W. Jefferson, Suite 1400
Detroit, MI 48226
P: (313) 536-7969
F: (774) 436-4891

Dated: August 19, 2026